# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Angela Cross | § | Case No. 17-22160 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 7,600.00 *(Without deducting any secured claims)* | Assets Exempt: 112,200.00 |
| Total Distributions to Claimants: 20,115.51 | Claims Discharged Without Payment: 103,777.93 |
| Total Expenses of Administration: 4,884.49 | |

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 80,430.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,884.49 | 4,884.49 | 4,884.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,025.00 | 25,514.44 | 25,514.44 | 20,115.51 |
| **TOTAL DISBURSEMENTS** | $ 122,455.00 | $ 30,398.93 | $ 30,398.93 | $ 25,000.00 |

4)  This case was originally filed under chapter 7 on 07/25/2017 . The case was pending for 18 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/09/2019                By:/s/Frank J. Kokoszka, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 448 Benjamin Franklin Ct. Aurora Il 60504-0000 Dupage | 1110-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bankamerica, 4909 Savarese Circle Tampa, FL 33634 | | 40,482.00 | NA | NA | 0.00 |
| | Chase Auto, Po Box 901003 Ft Worth, TX 76101 | | 6,368.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens One, 10561 Telegraph Rd Glen Allen, VA 23059 | | 13,580.00 | NA | NA | 0.00 |
| | DuPage County, c/o Barbara Reynolds 503 N. County Farm Rd. Wheaton, IL 60187 | | 20,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 80,430.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| Frank J. Kokoszka | 2200-000 | NA | 79.05 | 79.05 | 79.05 |
| BOK Financial | 2600-000 | NA | 121.84 | 121.84 | 121.84 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | NA | 1,412.00 | 1,412.00 | 1,412.00 |
| Alan D. Lasko & Associates, P.C. | 3420-000 | NA | 21.60 | 21.60 | 21.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 4,884.49** | **$ 4,884.49** | **$ 4,884.49** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bankamerica, 4909 Savarese Circle Tampa, FL 33634 | | 0.00 | NA | NA | 0.00 |
| | Bk Of Amer, Po Box 982238 El Paso, TX 79998 | | 5,191.00 | NA | NA | 0.00 |
| | Bk Of Amer, Po Box 982238 El Paso, TX 79998 | | 5,156.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 7,583.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditors Discount & A, 415 E Main St Streator, IL 61364 |  | 19.00 | NA | NA | 0.00 |
| 3 | American Express Centurion Bank | 7100-000 | 3,648.00 | 3,695.61 | 3,695.61 | 2,913.61 |
| 4 | American Express Centurion Bank | 7100-000 | 520.00 | 1,469.61 | 1,469.61 | 1,158.64 |
| 2 | Department Stores National Bank | 7100-000 | 2,031.00 | 2,230.49 | 2,230.49 | 1,758.51 |
| 6 | Portfolio Recovery Associates, Llc | 7100-000 | 3,926.00 | 3,926.23 | 3,926.23 | 3,095.43 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 5,026.00 | 5,304.01 | 5,304.01 | 4,181.66 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | 3,242.00 | 3,340.76 | 3,340.76 | 2,633.85 |
| 5 | U.S. Bank National Association | 7100-000 | 5,683.00 | 5,547.73 | 5,547.73 | 4,373.81 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 42,025.00 | $ 25,514.44 | $ 25,514.44 | $ 20,115.51 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-22160 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Angela Cross | | | | Date Filed (f) or Converted (c): | 07/25/2017 (f) |
| | | | | | 341(a) Meeting Date: | 08/22/2017 |
| For Period Ending: | 01/09/2019 | | | | Claims Bar Date: | 04/18/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 448 Benjamin Franklin Ct. Aurora Il 60504-0000 Dupage | 110,000.00 | 25,000.00 | | 25,000.00 | FA |
| 2. 2014 Mazda Cx-5 Mileage: 50000 | 10,000.00 | 0.00 | | 0.00 | FA |
| 3. Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Electronics | 500.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 800.00 | 0.00 | | 0.00 | FA |
| 6. West Suburban Bank | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Charles Schwab | 90,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $214,800.00     $25,000.00     $25,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has a proposed settlement with the Debtor to sell back to the Debtor the estate's interest in equity in real property.
If settlement falls through or is not approved, Trustee will attempt to sell the real property.  - Frank J. Kokoszka 6/14/2018
Trustee has administered all assets. Trustee is awaiting the completion of tax returns  - Frank J. Kokoszka 8/1/2018

Tax returns have been completed and will be mailed today. Upon receipt of fee application for Accountant, Trustee will prepare and submit TFR to US Trustee.  - Frank J. Kokoszka 10/3/2018

Trustee has received Accountant's Fee Application and is preparing TFR for submission to UST.  - Frank J. Kokoszka 10/16/2018

TFR being finalized and to be submitted to the UST today. - Frank J. Kokoszka 10/17/2018

TFR submitted to UST  - Frank J. Kokoszka 10/19/2018


Initial Projected Date of Final Report (TFR): 12/31/2018     Current Projected Date of Final Report (TFR): 12/31/2018


**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-22160 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Angela Cross | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0410 |
| | Checking |
| Taxpayer ID No: XX-XXX8436 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/09/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/18/18 | 1 | Angela Cross<br>448 Benjamin Franklin Court<br>Aurora, Il 60504 | Sale back to Debtor of equity in home residence.<br>Motion for Approval is set for June 22, 2018 | 1110-000 | $25,000.00 | | $25,000.00 |
| 06/29/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.80 | $24,988.20 |
| 07/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.13 | $24,951.07 |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.08 | $24,913.99 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.83 | $24,878.16 |
| 11/28/18 | | Transfer to Acct # xxxxxx0120 | Transfer of Funds | 9999-000 | | $24,878.16 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $25,000.00 | $25,000.00 |
| | Less: Bank Transfers/CD's | $0.00 | $24,878.16 |
| | Subtotal | $25,000.00 | $121.84 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $25,000.00 | $121.84 |

Page Subtotals: $25,000.00 $25,000.00

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 17-22160 | Trustee Name: | Frank J. Kokoszka, Trustee | |
| Case Name: | Angela Cross | Bank Name: | Axos Bank | |
| | | Account Number/CD#: | XXXXXX0120 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX8436 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/09/2019 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/18 | | Transfer from Acct # xxxxxx0410 | Transfer of Funds | 9999-000 | $24,878.16 | | $24,878.16 |
| 12/06/18 | 2001 | Frank J. Kokoszka | Distribution | | | $3,329.05 | $21,549.11 |
| | | Frank J. Kokoszka | Final distribution creditor account # representing a payment of 100.00 % per court order. ($3,250.00) | 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution creditor account # representing a payment of 100.00 % per court order. ($79.05) | 2200-000 | | | |
| 12/06/18 | 2002 | Alan D. Lasko & Associates, P.C. 205 West Randolph Suite 1150 Chicago, IL 60606 | Distribution | | | $1,433.60 | $20,115.51 |
| | | Alan D. Lasko & Associates, P.C. | Final distribution creditor account # representing a payment of 100.00 % per court order. ($1,412.00) | 3410-000 | | | |
| | | Alan D. Lasko & Associates, P.C. | Final distribution creditor account # representing a payment of 100.00 % per court order. ($21.60) | 3420-000 | | | |
| 12/06/18 | 2003 | Quantum3 Group Llc As Agent For Moma Funding Llc Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 1 creditor account # representing a payment of 78.84 % per court order. | 7100-000 | | $2,633.85 | $17,481.66 |
| 12/06/18 | 2004 | Department Stores National Bank C/O Quantum3 Group Llc Po Box 657 Kirkland, Wa 98083-0657 | Final distribution to claim 2 creditor account # representing a payment of 78.84 % per court order. | 7100-000 | | $1,758.51 | $15,723.15 |
| 12/06/18 | 2005 | American Express Centurion Bank C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Final distribution to claim 3 creditor account # representing a payment of 78.84 % per court order. | 7100-000 | | $2,913.61 | $12,809.54 |
| | | | Page Subtotals: | | $24,878.16 | $12,068.62 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-22160 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Angela Cross | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0120 |
| | Checking |
| Taxpayer ID No: XX-XXX8436 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/09/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/18 | 2006 | American Express Centurion Bank C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Final distribution to claim 4 creditor account # representing a payment of 78.84 % per court order. | 7100-000 | | $1,158.64 | $11,650.90 |
| 12/06/18 | 2007 | U.S. Bank National Association Bankruptcy Department Po Box 108 St. Louis Mo 63166-0108 | Final distribution to claim 5 creditor account # representing a payment of 78.84 % per court order. | 7100-000 | | $4,373.81 | $7,277.09 |
| 12/06/18 | 2008 | Portfolio Recovery Associates, Llc Successor To Citibank, N.A.(Sears) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 6 creditor account # representing a payment of 78.84 % per court order. | 7100-000 | | $3,095.43 | $4,181.66 |
| 12/06/18 | 2009 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 7 creditor account # representing a payment of 78.84 % per court order. | 7100-000 | | $4,181.66 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $24,878.16 | $24,878.16 |
| Less: Bank Transfers/CD's | $24,878.16 | $0.00 |
| Subtotal | $0.00 | $24,878.16 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $24,878.16 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $12,809.54 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0120 - Checking | $0.00 | $24,878.16 | $0.00 |
| XXXXXX0410 - Checking | $25,000.00 | $121.84 | $0.00 |
|  | $25,000.00 | $25,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,000.00 |
| Total Gross Receipts: | $25,000.00 |